**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1761

MICHAEL E. HERNANDEZ,

Plaintiff - Appellant,

v.

B. JOHNSON; SERGEANT GARDNER; FELIX TAYLOR; CORRECTIONAL
OFFICER ADAMS; CHARLOTTE EVANS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:19-ct-03399-M)

Submitted:  August 18, 2022                    Decided:  August 22, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael E. Hernandez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Hernandez appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint and denying his motion to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hernandez v. Johnson*, No. 5:19-ct-03399-M (E.D.N.C. June 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*